UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-3384-MWF(PLAx)**                    Dated: **August 26, 2013**

Title:    Agri Star Meat and Poultry, LLC., et al. -*v*- Doheny Kosher Meat, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                 Rosalyn Adams
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Brandon J. Witkow                            Paul H. Levine
Jason Nardiello - telephonic                 Bruce Altschuld

PROCEEDINGS:  SCHEDULING CONFERENCE

    Case called and counsel make their appearance.  The Scheduling Conference held.  The
Court sets dates.  Please see separate Order Re Jury Trial, also filed today.

    **IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:12 MIN